McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

| | |
|---|---|
| ERIC HELMLE,<br><br>            Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>   Commissioner of<br>   Social Security,<br><br>            Defendant. | CASE NO. 2:05-CV-01640-GGH<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   Pursuant to the stipulation of the parties, electronically filed *January 23, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

   Defendant shall file her response on or before February 22, 2006.

   SO ORDERED.

DATED: 1/26/06          /s/ Gregory G. Hollows
                        _____
                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

helmle.ord

1