```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HELMLE,<br><br>       Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. **2:05-CV-01640-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new administrative hearing at which he may present any additional evidence he chooses, and a new decision. Upon remand, the Appeals Council will direct the administrative law judge (ALJ) to reevaluate the Plaintiff's residual functional capacity (RFC) with consideration to the medical source opinions of record, and to further develop the record concerning the Plaintiff's ability to do his past relevant work, and, if applicable, the transferability of his skills.

      It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

      The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: February 14, 2006         /s/ Ronald B. Eskin
                                 RONALD B. ESKIN
                                 Attorney for Plaintiff

DATED: February 14, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                           By:   /s/ Bobbie J. Montoya
                                 BOBBIE J. MONTOYA
                                 Assistant U. S. Attorney
                                 Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
SARAH RYAN
Assistant Regional Counsel
United States Social Security Administration

_____ o0o_____

## ORDER

This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.

**SO ORDERED.**

DATED: 2/16/06                   /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

helmle.ord2

Stip. & Order - Remand (4th Sent.) - 05-01640         **2**